Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−22241−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Michael P. Cianci                                           Alyssa Cianci
 P.O. Box 183                                                P.O. Box 183
 Sayreville, NJ 08871                                        Sayreville, NJ 08871

Social Security No.:
 xxx−xx−2065                                                 xxx−xx−5362

Employer's Tax I.D. No.:

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/25/18 at 09:00 AM

to consider and act upon the following:

*18* − Certification of Default of Standing Trustee. re: Failed to appear at 341(a) Meeting Report. Filed by Albert Russo. Objection deadline is 08/27/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Russo, Albert)

Dated: 8/22/18

                                                        Jeanne Naughton
                                                        Clerk, U.S. Bankruptcy Court