Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−22241−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Michael P. Cianci                                             Alyssa Cianci
   P.O. Box 183                                                    P.O. Box 183
   Sayreville, NJ 08871                                Sayreville, NJ 08871

Social Security No.:
   xxx−xx−2065                                                   xxx−xx−5362

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

on 9/25/18 at 09:00 AM

to consider and act upon the following:

*18* − Certification of Default of Standing Trustee. re: Failed to appear at 341(a) Meeting Report. Filed by Albert Russo. Objection deadline is 08/27/2018. (Attachments: # 1 Proposed Order # 2 Certificate of Service) (Russo, Albert)

Dated: 8/22/18

                                                                Jeanne Naughton
                                                                Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:
Michael P. Cianci
Alyssa Cianci
    Debtors

Case No. 18-22241-MBK
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Aug 22, 2018
                    Form ID: ntchrgbk    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 24, 2018.
db/jdb        +Michael P. Cianci,    Alyssa Cianci,    P.O. Box 183,    Sayreville, NJ 08871-0183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.     TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 24, 2018                                  Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2018 at the address(es) listed below:
       Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
       Albert    Russo    docs@russotrustee.com
       Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
       bkgroup@kmllawgroup.com
       Justin M Gillman    on behalf of Joint Debtor Alyssa    Cianci abgillman@optonline.net,
       r47252@notify.bestcase.com
       Justin M Gillman    on behalf of Debtor Michael P. Cianci abgillman@optonline.net,
       r47252@notify.bestcase.com
       Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
       U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                           TOTAL: 7