| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**DISTRICT OF NEW JERSEY**<br>_____<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Justin M. Gillman, Esq.**<br>**Gillman & Gillman, LLC**<br>**770 Amboy Avenue**<br>**Edison, New Jersey 08837**<br>**(732) 661-1664**<br>**Attorney for Debtors** | **Order Filed on January 14, 2019**<br>**by Clerk**<br>**U.S. Bankruptcy Court**<br>**District of New Jersey** |
| In Re:<br><br>    Michael Cianci<br>    Alyssa Cianci | Case No.:   18-22241<br><br>Chapter:    13<br><br>Judge:  Hon. Michael B. Kaplan, U.S.B.J. |

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: January 14, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

-1-

In re: Cianci
Case No: 18-22241

THIS MATTER having been brought before the Court by way of the Debtor's Motion to Approve Loan Modification Agreement with Ditech Financial, LLC, the mortgage servicer on the first mortgage on the Debtor's Residence at 8 Creamer Dr., Sayreville, NJ 08872; Justin M. Gillman, Esq., appearing on behalf of the Debtor and Notice of the within Motion having been given and parties having been given timely Notice of the Motion; and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. THAT the Debtor is hereby authorized to enter into the Loan Modification Agreement which has been provided to the Debtor by Ditech Financial, LLC, under the terms set forth therein.

2. THAT within sixty (60) days of the date of this Order, Ditech Financial, LLC shall amend the pre-petition arrearage portion of their secured claim (Claim No. 30) to reflect the distributions paid through the Plan through the date of the Loan Modification Agreement.

3. THAT the claim of Ditech Financial, LLC (Claim No. 30) shall be treated outside the Plan and there shall be no distributions to Ditech Financial, LLC on its claim through the Plan.

4. TTHAT the Debtor shall file a Modified Plan and Amended Schedule J within twenty (20) days of this Order.

5. THAT with respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into the loan, secured

In re: Cianci
Case No: 18-22241

creditor will amend any and all post- petition orders or claims within 30 days after completion of the loan modification.

6. THAT the secured creditor shall, within thirty (60) days of entry of the within Order, provide a fully executed copy of the Loan Modification Agreement Debtor's counsel.

7. THAT that secured creditor shall forward regular monthly billing statements directly to the Debtor.