| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>_____<br><br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br><br>**Justin M. Gillman, Esq.**<br>**Gillman & Gillman, LLC**<br>**770 Amboy Avenue**<br>**Edison, New Jersey 08837**<br>**(732) 661-1664**<br>**Attorney for Debtors** | Order Filed on January 14, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>    Michael Cianci<br>    Alyssa Cianci | Case No.:    18-22241<br><br>Chapter:    13<br><br>Judge:  Hon. Michael B. Kaplan, U.S.B.J. |

## ORDER APPROVING LOAN MODIFICATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through three (3) is hereby ORDERED.

**DATED: January 14, 2019**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

In re: Cianci
Case No: 18-22241

THIS MATTER having been brought before the Court by way of the Debtor's Motion to Approve Loan Modification Agreement with Ditech Financial, LLC, the mortgage servicer on the first mortgage on the Debtor's Residence at 8 Creamer Dr., Sayreville, NJ 08872; Justin M. Gillman, Esq., appearing on behalf of the Debtor and Notice of the within Motion having been given and parties having been given timely Notice of the Motion; and the Court having considered the submissions to it; and for Good Cause Shown;

IT IS ORDERED as follows:

1. THAT the Debtor is hereby authorized to enter into the Loan Modification Agreement which has been provided to the Debtor by Ditech Financial, LLC, under the terms set forth therein.

2. THAT within sixty (60) days of the date of this Order, Ditech Financial, LLC shall amend the pre-petition arrearage portion of their secured claim (Claim No. 30) to reflect the distributions paid through the Plan through the date of the Loan Modification Agreement.

3. THAT the claim of Ditech Financial, LLC (Claim No. 30) shall be treated outside the Plan and there shall be no distributions to Ditech Financial, LLC on its claim through the Plan.

4. TTHAT the Debtor shall file a Modified Plan and Amended Schedule J within twenty (20) days of this Order.

5. THAT with respect to any post-petition orders, claims for post-petition mortgage arrears, and orders for creditor's attorney's fees which are being capitalized into the loan, secured

In re: Cianci
Case No: 18-22241

creditor will amend any and all post- petition orders or claims within 30 days after completion of the loan modification.

6. THAT the secured creditor shall, within thirty (60) days of entry of the within Order, provide a fully executed copy of the Loan Modification Agreement Debtor's counsel.

7. THAT that secured creditor shall forward regular monthly billing statements directly to the Debtor.

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 18-22241-MBK
Michael P. Cianci                                                   Chapter 13
Alyssa Cianci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 1              Date Rcvd: Jan 14, 2019
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 16, 2019.
db/jdb        +Michael P. Cianci,    Alyssa Cianci,    P.O. Box 183,    Sayreville, NJ 08871-0183

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2019                              Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 14, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Justin M Gillman    on behalf of Joint Debtor Alyssa   Cianci abgillman@optonline.net,
               r47252@notify.bestcase.com
              Justin M Gillman    on behalf of Debtor Michael P. Cianci abgillman@optonline.net,
               r47252@notify.bestcase.com
              Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 7