Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−22241−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Michael P. Cianci                         Alyssa Cianci
P.O. Box 183                              P.O. Box 183
Sayreville, NJ 08871                      Sayreville, NJ 08871

Social Security No.:
xxx−xx−2065                               xxx−xx−5362

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on September 9, 2019.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: September 9, 2019
JAN: kmf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-22241-MBK
Michael P. Cianci                                                       Chapter 13
Alyssa Cianci
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 5              Date Rcvd: Sep 09, 2019
                              Form ID: 148             Total Noticed: 134

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 11, 2019.
```
db/jdb         +Michael P. Cianci,    Alyssa Cianci,    P.O. Box 183,    Sayreville, NJ 08871-0183
517596882      +Apothaker Scian, PC,    520 Fellowship Road,    Suite C306,    Mount Laurel, NJ 08054-3410
517596896      +Cap1/justice,    Po Box 30253,    Salt Lake City, UT 84130-0253
517596895      +Cap1/justice,    Capital One Retail Srvs/Attn: Bankruptcy,    Po Box 30258,
                 Salt Lake City, UT 84130-0258
517596902      +Capital One/Neiman Marcus/Bergdorf Goodm,    26525 N Riverwoods Blvd,    Mettawa, IL 60045-3440
517596901      +Capital One/Neiman Marcus/Bergdorf Goodm,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517596910      +Citibank North America,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517596909      +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                 St Louis, MO 63179-0034
517596911      +Citibank/The Home Depot,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517695059       Department Stores National Bank,    c/o Quantum3 Group LLC,    PO Box 657,
                 Kirkland, WA 98083-0657
518231748       Ditech Financial, LLC,    POB 12740,    Tempe, AZ 85284-0046
517596954       Equifax,    P.O. Box 740241,    Atlanta, GA 30374-0241
517596955      +Experian,    475 Anton Blvd,    Costa Mesa, CA 92626-7037
517596959     ++FIRST SAVINGS BANK,    PO BOX 5096,    SIOUX FALLS SD 57117-5096
               (address filed with court: First Savings Credit Card,      500 East 60th St North,
                 Sioux Falls, SD 57104)
517596957      +First National Bank,    Po Box 3412,    Omaha, NE 68103-0412
517596956      +First National Bank,    Attn: Tina,    1620 Dodge St Mailstop 4440,    Omaha, NE 68197-0002
517596958      +First Savings Credit Card,    Po Box 5019,    Sioux Falls, SD 57117-5019
517596971    ++++MIDLAND FUNDING, LLC,    MIA N KIRITSIS, ESQ.,    1 RIVERFRONT PLZ STE 710,
                 NEWARK NJ 07102-5415
               (address filed with court: Midland Funding, LLC,      Mia N Kiritsis, Esq.,
                 1037 Raymond Blvd. Suite 710,    Newark, NJ 07102)
517596972      +New York State Dept Taxation and Finance,    Bankruptcy Section,    PO Box 5300,
                 Albany, NY 12205-0300
517623707     ++PERI GARITE,    ATTN CARD WORKS,    101 CROSSWAYS PARK DR W,    WOODBURY NY 11797-2020
               (address filed with court: First National Bank of Omaha,      1620 Dodge Street, Stop code 3105,
                 Omaha, NE 68197)
517596977      +Pressler & Pressler L.L.P.,    7 Entin Road,    Parsippany, NJ 07054-5020
517596984      +State of New Jersey Division of Taxation,    Revenue Processing Center,    PO Box 111,
                 Trenton, NJ 08645-0111
517597014       TransUnion,    P.O. Box 2000,    Crum Lynne, PA 19022
517694924       USB Leasing LT,    c/o U.S. Bank National Association,    Bankruptcy Department,    PO Box 2559,
                 Cincinnati, Ohio 45201-5229
517597019      +Visa Dept Store National Bank/Macy's,    Po Box 8218,    Mason, OH 45040-8218
517597018      +Visa Dept Store National Bank/Macy's,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 10 2019 00:07:50      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 10 2019 00:07:47      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517596883      +EDI: TSYS2.COM Sep 10 2019 03:23:00      Barclays Bank Delaware,    Attn: Correspondence,
                 Po Box 8801,    Wilmington, DE 19899-8801
517596888      +EDI: TSYS2.COM Sep 10 2019 03:23:00      Barclays Bank Delaware,    Po Box 8803,
                 Wilmington, DE 19899-8803
517596893       E-mail/Text: breichard@calautomotive.com Sep 10 2019 00:06:29      Cal Automotive,
                 300 Horizon Dr Ste 308,    Hamilton, NJ 08691
517596899       EDI: CAPITALONE.COM Sep 10 2019 03:23:00      Capital One,    15000 Capital One Dr,
                 Richmond, VA 23238
517596904       E-mail/Text: bankruptcy@cavps.com Sep 10 2019 00:08:11      Cavalry Portfolio Services,
                 Po Box 27288,    Tempe, AZ 85285
517596900      +EDI: CAPITALONE.COM Sep 10 2019 03:23:00      Capital One,    Po Box 30253,
                 Salt Lake City, UT 84130-0253
517596897      +EDI: CAPITALONE.COM Sep 10 2019 03:23:00      Capital One,    Attn: Bankruptcy,   Po Box 30285,
                 Salt Lake City, UT 84130-0285
517671379       EDI: CAPITALONE.COM Sep 10 2019 03:23:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                 Charlotte, NC 28272-1083
517709274       EDI: BL-BECKET.COM Sep 10 2019 03:23:00      Capital One, N.A.,    c/o Becket and Lee LLP,
                 PO Box 3001,    Malvern PA 19355-0701
517596903      +E-mail/Text: bankruptcy@cavps.com Sep 10 2019 00:08:11      Cavalry Portfolio Services,
                 Attn: Bankruptcy Department,    500 Summit Lake 400,    Valhalla, NY 10595-2322
517601934      +E-mail/Text: bankruptcy@cavps.com Sep 10 2019 00:08:11      Cavalry SPV I, LLC,
                 500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517596905      +EDI: CHASE.COM Sep 10 2019 03:23:00      Chase Card Services,    Correspondence Dept,
                 Po Box 15298,    Wilmington, DE 19850-5298
517596907      +EDI: CHASE.COM Sep 10 2019 03:23:00      Chase Card Services,    Po Box 15298,
                 Wilmington, DE 19850-5298
```

```
District/off: 0312-3          User: admin              Page 2 of 5              Date Rcvd: Sep 09, 2019
                              Form ID: 148             Total Noticed: 134


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517596912      +EDI: CITICORP.COM Sep 10 2019 03:23:00      Citibank/The Home Depot,    Po Box 6497,
                 Sioux Falls, SD 57117-6497
517596914      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank / The Limited,    Po Box 182789,
                 Columbus, OH 43218-2789
517596913      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank / The Limited,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596915      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Avenue,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596917      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Avenue,   Po Box 182789,
                 Columbus, OH 43218-2789
517596920      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Express,   Po Box 182789,
                 Columbus, OH 43218-2789
517596919      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Express,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596921      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Jessica London,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596922      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Jessica London,    Po Box 182789,
                 Columbus, OH 43218-2789
517596924      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Lane Bryant,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517596923      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Lane Bryant,    Po Box 182789,
                 Columbus, OH 43218-2789
517596928      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Torrid,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596929      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Torrid,   Po Box 182789,
                 Columbus, OH 43218-2789
517596930      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596931      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Victoria Secret,    Po Box 182789,
                 Columbus, OH 43218-2789
517596933      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Woman Within,    Po Box 182789,
                 Columbus, OH 43218-2789
517596932      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/Woman Within,    Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517596926      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/roamans,   Attn: Bankruptcy,
                 Po Box 182125,    Columbus, OH 43218-2125
517596927      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Bank/roamans,   Po Box 182789,
                 Columbus, OH 43218-2789
517596934      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Capital Bank/PayPal Credit,
                 Attn: Bankruptcy Dept,    PO Box 182125,    Columbus, OH 43218-2125
517596935      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Capital/jjill,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596936      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenity Capital/jjill,   Po Box 182120,
                 Columbus, OH 43218-2120
517596946      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenitybank/New York,   Po Box 182789,
                 Columbus, OH 43218-2789
517596945      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenitybank/New York,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596937      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenitybank/anntylr,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596939      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenitybank/anntylr,   Po Box 182273,
                 Columbus, OH 43218-2273
517596941      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenitybank/fllbeauty,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596942      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenitybank/fllbeauty,   Po Box 182789,
                 Columbus, OH 43218-2789
517596943      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenitybank/hottpic,   Attn: Bankruptcy Dept,
                 Po Box 182125,    Columbus, OH 43218-2125
517596944      +EDI: WFNNB.COM Sep 10 2019 03:23:00      Comenitybank/hottpic,   Po Box 182789,
                 Columbus, OH 43218-2789
517596947      +EDI: RCSFNBMARIN.COM Sep 10 2019 03:23:00      Credit One Bank,    Attn: Bankruptcy,
                 Po Box 98873,    Las Vegas, NV 89193-8873
517596948      +EDI: RCSFNBMARIN.COM Sep 10 2019 03:23:00      Credit One Bank,    Po Box 98875,
                 Las Vegas, NV 89193-8875
517596950       EDI: DISCOVER.COM Sep 10 2019 03:23:00      Discover Financial,    Po Box 15316,
                 Wilmington, DE 19850
517607621       EDI: DISCOVER.COM Sep 10 2019 03:23:00      Discover Bank,    Discover Products Inc,
                 PO Box 3025,    New Albany, OH  43054-3025
517596949      +EDI: DISCOVER.COM Sep 10 2019 03:23:00      Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
517596951      +E-mail/Text: bankruptcy.bnc@ditech.com Sep 10 2019 00:07:12      Ditech Financial, LLC,
                 PO Box 6154,    Rapid City, SD 57709-6154
517596953      +EDI: TSYS2.COM Sep 10 2019 03:23:00      Dsnb Bloomingdales,    9111 Duke Blvd,
                 Mason, OH 45040-8999
517596952      +EDI: TSYS2.COM Sep 10 2019 03:23:00      Dsnb Bloomingdales,    Attn: Bankruptcy,    Po Box 8053,
                 Mason, OH 45040-8053
517596960       EDI: IRS.COM Sep 10 2019 03:23:00      Internal Revenue Service (IRS),    Department of Treasury,
                 P.O. Box  7346,    Philadelphia, PA 19101-7346
```

```
District/off: 0312-3           User: admin              Page 3 of 5              Date Rcvd: Sep 09, 2019
                               Form ID: 148             Total Noticed: 134


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517596961      +E-mail/Text: bncnotices@becket-lee.com Sep 10 2019 00:06:47     Kohls/Capital One,
                 Kohls Credit,    Po Box 3120,    Milwaukee, WI 53201-3120
517596962      +E-mail/Text: bncnotices@becket-lee.com Sep 10 2019 00:06:47     Kohls/Capital One,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-5660
517712336       EDI: RESURGENT.COM Sep 10 2019 03:23:00      LVNV Funding, LLC its successors and assigns as,
                 assignee of LendingClub Corporation &,    LC Trust I,    Resurgent Capital Services,
                 PO Box 10587,    Greenville, SC 29603-0587
517596963      +E-mail/Text: bk@lendingclub.com Sep 10 2019 00:08:22     Lending Club Corp,    71 Stevenson St,
                 Suite 300,    San Francisco, CA 94105-2985
517596965      +EDI: MERRICKBANK.COM Sep 10 2019 03:23:00      Merrick Bank/CardWorks,    Attn: Bankruptcy,
                 Po Box 9201,    Old Bethpage, NY 11804-9001
517596966      +EDI: MERRICKBANK.COM Sep 10 2019 03:23:00      Merrick Bank/CardWorks,    Po Box 9201,
                 Old Bethpage, NY 11804-9001
517686232      +EDI: MID8.COM Sep 10 2019 03:23:00      Midland Funding LLC,    PO Box 2011,
                 Warren, MI 48090-2011
517596967      +EDI: MID8.COM Sep 10 2019 03:23:00      Midland Funding, LLC,    2365 Northside Dr., Suite 300,
                 San Diego, CA 92108-2709
517596973       EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery Associates LLC,    PO Box 41067,
                 Norfolk, VA 23541
517596975       EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery Associates, LLC,    120 Corporate Blvd.,
                 Norfolk, VA 23502
517718052       EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.A.,    POB 41067,    Norfolk VA 23541
517718003       EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery Associates, LLC,    c/o Amazon.com,
                 POB 41067,    Norfolk VA 23541
517723576       EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery Associates, LLC,    c/o Barclaycard,
                 POB 41067,    Norfolk VA 23541
517718013       EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery Associates, LLC,    c/o Lenscrafters,
                 POB 41067,    Norfolk VA 23541
517718043       EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery Associates, LLC,    c/o Mattress Firm,
                 POB 41067,    Norfolk VA 23541
517711892       EDI: PRA.COM Sep 10 2019 03:23:00      Portfolio Recovery Associates, LLC,    c/o Neiman Marcus,
                 POB 41067,    Norfolk VA 23541
517707041       EDI: Q3G.COM Sep 10 2019 03:23:00      Quantum3 Group LLC as agent for,    Comenity Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517707045       EDI: Q3G.COM Sep 10 2019 03:23:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA 98083-0788
517635133       EDI: Q3G.COM Sep 10 2019 03:23:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA 98083-0788
517596978      +E-mail/Text: rwjebn@rwjbh.org Sep 10 2019 00:08:43     Robert Wood Johnson,
                 1 Robert Wood Johson Place,    New Brunswick, NJ 08901-1966
517718502      +E-mail/Text: bncmail@w-legal.com Sep 10 2019 00:08:00     SYNCHRONY BANK,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517596980      +EDI: DRIV.COM Sep 10 2019 03:23:00      Santander Consumer USA,    5201 Rufe Snow Drive,
                 Suite 400,    North Richland Hills, TX 76180-6036
517596982      +EDI: CHRM.COM Sep 10 2019 03:23:00      Santander Consumer USA,    Po Box 961275,
                 Fort Worth, TX 76161-0275
517596987      +EDI: RMSC.COM Sep 10 2019 03:23:00      Syncb/Mattress Firm,    Po Box 965064,
                 Orlando, FL 32896-5064
517596988      +EDI: RMSC.COM Sep 10 2019 03:23:00      Syncb/Mattress Firm,    950 Forrer Blvd,
                 Kettering, OH 45420-1469
517596990      +EDI: RMSC.COM Sep 10 2019 03:23:00      Syncb/Toys R Us,    Po Box 965005,
                 Orlando, FL 32896-5005
517596989      +EDI: RMSC.COM Sep 10 2019 03:23:00      Syncb/Toys R Us,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517596986      +EDI: RMSC.COM Sep 10 2019 03:23:00      Syncb/home Design Se,    Po Box 965036,
                 Orlando, FL 32896-5036
517596985      +EDI: RMSC.COM Sep 10 2019 03:23:00      Syncb/home Design Se,    Po Box 96060,
                 Orlando, FL 32896-0001
517596991      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank,    Attn: Bankruptcy,    Po Box 965060,
                 Orlando, FL 32896-5060
517599466      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517596992      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank,    C/o Po Box 965036,
                 Orlando, FL 32896-0001
517596993      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/ Old Navy,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517596994      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/ Old Navy,    Po Box 965005,
                 Orlando, FL 32896-5005
517596996      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Amazon,    Po Box 965015,
                 Orlando, FL 32896-5015
517596995      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Amazon,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517596997      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Banana Republic,    Attn: Bankruptcy Dept,
                 Po Box 965060,    Orlando, FL 32896-5060
517596998      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Banana Republic,    Po Box 965005,
                 Orlando, FL 32896-5005
```

```
District/off: 0312-3                  User: admin                    Page 4 of 5                    Date Rcvd: Sep 09, 2019
                                      Form ID: 148                   Total Noticed: 134


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517597001      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Care Credit,    950 Forrer Blvd,
                Kettering, OH 45420-1469
517597000      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy,
                Po Box 956060,    Orlando, FL 32896-0001
517596999      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Care Credit,    Attn: Bankruptcy Dept,
                Po Box 965061,    Orlando, FL 32896-5061
517597002      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Care Credit,    C/o Po Box 965036,
                Orlando, FL 32896-0001
517597003      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Gap,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
517597006      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Gap,    Po Box 965005,
                Orlando, FL 32896-5005
517597010      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Walmart,    Attn: Bankruptcy Dept,
                Po Box 965060,    Orlando, FL 32896-5060
517597009      +EDI: RMSC.COM Sep 10 2019 03:23:00      Synchrony Bank/Walmart,    Po Box 965024,
                Orlando, FL 32896-5024
517718433      +E-mail/Text: bncmail@w-legal.com Sep 10 2019 00:08:00      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517597013      +EDI: WTRRNBANK.COM Sep 10 2019 03:23:00      Target,    Po Box 673,    Minneapolis, MN 55440-0673
517597012       EDI: WTRRNBANK.COM Sep 10 2019 03:23:00      Target,    Target Card Services,
                Mail Stop NCB-0461,    Minneapolis, MN 55440
517597016      +EDI: USBANKARS.COM Sep 10 2019 03:23:00      US BankCorp,    Po Box 130,
                Hillsboro, OH 45133-0130
517597015      +EDI: USBANKARS.COM Sep 10 2019 03:23:00      US BankCorp,    Attn: Bankruptcy,    Po Box 5229,
                Cincinnati, OH 45201-5229
517597020      +EDI: BLUESTEM Sep 10 2019 03:23:00      Webbank/Gettington,    Attn: Bankruptcy,
                6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517597021      +EDI: BLUESTEM Sep 10 2019 03:23:00      Webbank/Gettington,    6250 Ridgewood Road,
                Saint Cloud, MN 56303-0820
517705771       EDI: ECAST.COM Sep 10 2019 03:23:00      eCAST Settlement Corporation,    PO Box 29262,
                New York NY 10087-9262
                                                                                               TOTAL: 108

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517596887*     +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517596884*     +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517596885*     +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517596886*     +Barclays Bank Delaware,    Attn: Correspondence,    Po Box 8801,    Wilmington, DE 19899-8801
517596889*     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517596890*     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517596891*     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517596892*     +Barclays Bank Delaware,    Po Box 8803,    Wilmington, DE 19899-8803
517596894*    ++CAL AUTOMOTIVE,    300 HORIZON DR,    SUITE 308,    HAMILTON NJ 08691-1919
               (address filed with court: Cal Automotive,     300 Horizon Dr Ste 308,     Hamilton, NJ 08691)
517596898*     +Capital One,    Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
517601935*     +Cavalry SPV I, LLC,    500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
517596906*     +Chase Card Services,    Correspondence Dept,    Po Box 15298,    Wilmington, DE 19850-5298
517596908*     +Chase Card Services,    Po Box 15298,    Wilmington, DE 19850-5298
517596916*     +Comenity Bank/Avenue,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517596918*     +Comenity Bank/Avenue,    Po Box 182789,    Columbus, OH 43218-2789
517596925*     +Comenity Bank/Lane Bryant,    Po Box 182789,    Columbus, OH 43218-2789
517596938*     +Comenitybank/anntylr,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517596940*     +Comenitybank/anntylr,    Po Box 182273,    Columbus, OH 43218-2273
517723264*      Ditech Financial LLC,    P.O. Box 6154,    Rapid City, SD 57709-6154
517596964*     +Lending Club Corp,    71 Stevenson St Ste 300,    San Francisco, CA 94105-2985
517596968*     +Midland Funding, LLC,    2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
517596969*     +Midland Funding, LLC,    2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
517596970*     +Midland Funding, LLC,    2365 Northside Dr., Suite 300,    San Diego, CA 92108-2709
517596974*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates LLC,     PO Box 41067,
                 Norfolk, VA 23541)
517596976*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     120 Corporate Blvd.,
                 Norfolk, VA 23502)
517723856*    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     c/o Barclaycard,    POB 41067,
                 Norfolk VA 23541)
517596979*     +Robert Wood Johnson,    1 Robert Wood Johson Place,    New Brunswick, NJ 08901-1966
517596981*     +Santander Consumer USA,    5201 Rufe Snow Drive,    Suite 400,
                North Richland Hills, TX 76180-6036
517596983*     +Santander Consumer USA,    Po Box 961275,    Fort Worth, TX 76161-0275
517597004*     +Synchrony Bank/Gap,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517597005*     +Synchrony Bank/Gap,    Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
517597007*     +Synchrony Bank/Gap,    Po Box 965005,    Orlando, FL 32896-5005
517597008*     +Synchrony Bank/Gap,    Po Box 965005,    Orlando, FL 32896-5005
517597011*     +Synchrony Bank/Walmart,    Po Box 965024,    Orlando, FL 32896-5024
517597017*     +US BankCorp,    Attn: Bankruptcy,    Po Box 5229,    Cincinnati, OH 45201-5229
                                                                                              TOTALS: 0, * 35, ## 0
```

```
District/off: 0312-3          User: admin              Page 5 of 5             Date Rcvd: Sep 09, 2019
                              Form ID: 148             Total Noticed: 134
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 11, 2019                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 9, 2019 at the address(es) listed below:
          Albert    Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
          Albert    Russo    docs@russotrustee.com
          Denise E. Carlon   on behalf of Creditor    DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Justin M Gillman    on behalf of Joint Debtor Alyssa  Cianci ecf@gbclawgroup.com,
           5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
          Justin M Gillman    on behalf of Debtor Michael P. Cianci ecf@gbclawgroup.com,
           5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com
          Rebecca Ann Solarz    on behalf of Creditor    DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 7
```