Form 177 – fnldec

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  18–22241–MBK
Chapter:  13
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael P. Cianci | Alyssa Cianci |
| P.O. Box 183 | P.O. Box 183 |
| Sayreville, NJ 08871 | Sayreville, NJ 08871 |

Social Security No.:
  xxx–xx–2065                                                xxx–xx–5362

Employer's Tax I.D. No.:

---

**FINAL DECREE**

   The estate of the above named debtor(s) has been fully administered.

   If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

   ORDERED that Albert Russo is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.


Dated: <u>December 19, 2019</u>                    <u>Michael B. Kaplan</u>
                                                   Judge, United States Bankruptcy Court